IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MATTHEW R. SCHUMACHER,

                    Plaintiff,                                    ORDER

          v.
                                                         08-cv-228-slc

MATTHEW FRANK, MIKE THURMER,
PHIL KINGSTON, DEBRA GEMPELER
and GARY ANKARLO,

                    Defendants.

---

SHAUN MATZ,

                    Plaintiff,

          v.
                                                         08-cv-491-slc

MATTHEW FRANK, PHIL KINGSTON,
MIKE THURMER, DAN WESTFIELD,
DON STRAHOTA, LT. GREFF, GARY
ANKARLO and GEORGE KAMMERER,

                    Defendants.

---

          The Preliminary Pretrial Conference Order entered on January 29, 2009 is AMENDED

to reflect a final pretrial conference date of March 11, **2010** at 4:00 p.m.  In all other respects

the order remains as entered.

          Entered this 30th day of January, 2009.

                                        BY THE COURT:

                                        /s/

                                        STEPHEN L. CROCKER
                                        Magistrate Judge