# United States District Court, Western District of Wisconsin

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 228 | **DATE** | 8/9/2010 |
| **CASE TITLE** | Schumacher vs. Thurmer et al | | |

**DOCKET ENTRY TEXT:**

Counsel to notify this court of further progress in mediation.

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | JT |
|---|---|---|